# Court of Appeals
# of the State of Georgia

ATLANTA,  April 11, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1196. PAUL FRATE v. LISA FRATE.

Paul Frate petitioned to divorce Lisa Frate, and the trial court entered the final divorce decree on July 21, 2021. Paul moved to set aside the decree under OCGA § 9-11-60 (d), and the trial court denied the motion. Paul then filed this direct appeal. We lack jurisdiction for two reasons.

First, appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (2). Second, the denial of a motion to set aside a final judgment under OCGA § 9-11-60 also must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (8), (b); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Paul Frate failed to follow the requisite discretionary application procedure, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/11/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.